IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:  2:13-cr-20006-JPM |
| vs. ) | |
| ) | |
| KEITH GIBSON, ) | |
|     a/k/a "Greedy," ) | |
|     a/k/a "Pee-Wee," ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

Comes now the United States, by and through undersigned counsel, and moves to dismiss the Indictment in the above-captioned case without prejudice.

The charges contained in said Indictment have been incorporated into a Superseding Indictment in case 2:13-cr-20007-JPM, *United States v. Anthony Grandberry, et al.*  As the charges in the Indictment in case 2:13-cr-20006-JPM are therefore redundant, the United States respectfully requests that the Court dismiss that Indictment without prejudice.

    Respectfully submitted,

    EDWARD L. STANTON III
    United States Attorney

By:    /s/Jonathan T. Skrmetti
    Assistant United States Attorney
    167 N. Main, Room 800
    Memphis, TN  38103
    (#31551   Tennessee)

**CERTIFICATE OF SERVICE**

I, Jonathan T. Skrmetti, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Dismiss was forwarded by electronic means, via the Court's Electronic Filing System, to counsel for the defendant Barry McWhirter.

This 8th day of May, 2013.

>                By:    /s/Jonathan T. Skrmetti
>                       Assistant United States Attorney
>                       167 N. Main, Room 800
>                       Memphis, TN  38103
>                       (#31551   Tennessee)